UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDEX CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-01840 - JDB |
| ) | |
| U.S. DEPARTMENT OF COMMERCE, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 25, Plaintiff FedEx Corporation ("FedEx Corp."), by and through its undersigned counsel, moves the Court for leave to amend the Complaint and case caption consistent with the attached Exhibit A.[1]  The proposed amendments seek only to clarify the relationship between FedEx Corp. and the operating companies that support it.  They do not include additional counts, nor do they alter any substantive issues.  For these and the reasons set forth below, Plaintiff requests that the motion to amend be granted.

**BACKGROUND**

FedEx Corp. is a global business that provides its customers with transportation, e-commerce, and business solutions.  FedEx Corp. is not a transportation company or a common carrier; instead, it is supported through several operating companies that function independently, compete collectively and are managed collaboratively.  Federal Express Corporation ("FedEx") is

---

[1] For the convenience of the Court and the Defendants, Plaintiff also attaches a "redline" version of the proposed pleading showing the changes between the Complaint and the proposed Amended Complaint.  *See* Exhibit B.  The proposed changes are on pages 1–3, 5, 13, 19 of the "redline" version.

one such operating companies.  FedEx is a common carrier that delivers time-sensitive, air-ground express service to more than 220 countries and territories.

FedEx Corp. filed the instant suit against Defendants on June 24, 2019.  The Complaint detailed the impact of Defendants' improper actions on both FedEx Corp. and its operating companies, including the common carrier FedEx.  For ease of reference, the Complaint used the shorthand "FedEx" when referring to the only named FedEx-related entity, FedEx Corp. However, this same shorthand was also used when referring to the common carrier services performed by FedEx Corp.'s independent operating companies.  This imprecise wording has the potential to create a misleading impression that either FedEx Corp. is a transportation company itself or that all FedEx-related entities are somehow integrated.  Neither are true.

For that reason, Plaintiff files the instant motion to amend the Complaint and caption to: 1) substitute FedEx Corp. for FedEx; and 2) insert additional clarification regarding the role that the independent operating companies play.  Defendants take no position on this motion.

**ANALYSIS**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, "a party may amend its pleading if the opposing party consents to the amendment. *See also Parker v. John Moriarty & Assocs.*, 320 F.R.D. 95, 97 (D.D.C. 2017) (leave to amend "should be freely given unless there is a good reason to the contrary").  Further still, a party may amend as a matter of course at any time before a responsive pleading is served". *See Anderson v. USAA Cas. Ins.*, 218 F.R.D. 307, at 309–10 (D.D.C. 2003).  Rule 15(a) "'guarantees a plaintiff an absolute right to amend the complaint once at any time so long as the defendant has not served a responsive pleading and the court has not decided a motion to dismiss.'"  *Id.*; *see* Fed. R. Civ. P. 15(a).

Here, Plaintiff requests leave to amend the present Complaint because it can be read to

misstate the scope of FedEx Corp.'s work and/or the relationship between FedEx Corp. and its operating companies.  This misreading can potentially cause confusion both in this case and in others regarding the specific identity of the "common carrier" at issue.  Substituting the plaintiff and clarifying its interaction with FedEx Corp. will easily resolve any confusion.

Amending the Complaint will not prejudice any of the defendants in this action.  The changes to the Complaint are minimal—the only differences between the proposed Amended Complaint and the original Complaint are statements relating to FedEx Corp.'s global business.  None of these changes will impact the pending Motion to Dismiss or change the status of this matter in any substantive way.

## CONCLUSION

For the reasons set forth above, Plaintiff's motion for leave to file the Amended Complaint should be granted.  Plaintiff respectfully requests an order substituting FedEx as plaintiff, directing that the case caption be amended accordingly, and directing the Amended Complaint to be filed.

Dated: March 6, 2020

                                            Respectfully Submitted,

By:   /s/ Maurice Bellan
**Maurice Albert Bellan**
BAKER & MCKENZIE LLP
815 Connecticut Avenue NW
Washington, DC 20006
(202) 452-7057
Fax: (202) 416-7057
maurice.bellan@bakermckenzie.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020 I caused a copy of the foregoing to be served by ECF on all counsel who have appeared in this matter.

/s/ Maurice Bellan
**Maurice Albert Bellan**
BAKER & MCKENZIE LLP
815 Connecticut Avenue NW
Washington, DC 20006
(202) 452-7057
Fax: (202) 416-7057
maurice.bellan@bakermckenzie.com