UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL EXPRESS CORPORATION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**U.S. DEPARTMENT OF COMMERCE, et al.,**<br><br>**Defendants.** | Civil Action No. 19-1840 (JDB) |

## ORDER

Upon consideration of [18] defendants U.S. Department of Commerce, Wilbur L. Ross Jr., Bureau of Industry and Security, and Nazak Nikakhtar's motion to dismiss the complaint, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [18] defendants' motion to dismiss the complaint is **GRANTED**.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: September 10, 2020

1